**DELAWARE RIVERKEEPER NET-WORK; Maya Van Rossum, the Delaware Riverkeeper, Petitioners**

v.

**SECRETARY PENNSYLVANIA DE-PARTMENT OF ENVIRONMENTAL PROTECTION; Pennsylvania Department of Environmental Protection, Respondents**

**Transcontinental Gas Pipe Line Corp, Intervenor Respondent**

**New Jersey Conservation Foundation; Stony Brook Millstone Watershed Association; Friends of Princeton Open Space, Petitioners**

v.

**New Jersey Department of Environmental Protection; Transcontinental Gas Pipe Line Corp, Respondents**

No. 15-2122, No. 15-2158

United States Court of Appeals, Third Circuit.

Argued on October 29, 2015

Dated: March 24, 2017

Before: GREENAWAY, JR., SCIRICA and ROTH, Circuit Judges

### ORDER

Jane R. Roth, Circuit Judge

By letter dated February 14, 2017, the Clerk solicited comments from the Respondent and Intervenor Respondent with respect to the Court's intention to replace references to "tree clearing" contained in the opinion with the term "tree felling." Upon consideration of the parties' responses, the Court has determined that an amended opinion will be issued. The amendment does not alter the Court's judgment previously entered on August 8, 2016.